| Statement of Earnings For: | **Mawiyah Bawa** | | | | **ChildFirst Services Inc** | |
|---|---|---|---|---|---|---|
| Period Begin | 2/9/2020 | Company Id | HWA | Employee Number | 10276 | 7310 Tilghman Street Suite 300 |
| Period End | 2/22/2020 | Department | 81 | Pay Group | Bi-Weekly | Allentown, PA 18106 |
| Check Date | 3/6/2020 | | | SSN | XXX-XX-9581 | |

| Federal Filing | Single | Res State PA | | | PA Exemptions | PA Additional |
|---|---|---|---|---|---|---|
| Fed Exempts | 2 | Work State PA | | | | |
| Fed Additional | | Pay Type | Hourly | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 56654 | $1,471.47 | $2,050.96 | $1,471.47 | |

| EARNINGS | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 8.2700 | 80.00 | 661.60 | 400.00 | 3,308.00 | SOC SEC EE | 119.32 | 769.47 | Medical Pre-Tax | 106.55 | 106.55 |
| Overtime @ Flat | 12.4050 | 112.00 | 1,389.36 | 744.00 | 9,229.31 | MED EE | 27.91 | 179.96 | Dental Pre-tax | 17.89 | 17.89 |
| *ER Medical | | 0.00 | 159.83 | 0.00 | 159.83 | FEDERAL WH | 166.12 | 1,405.74 | Vision Pre-tax | 1.99 | 1.99 |
| | | | | | | PA WH | 59.08 | 381.01 | | | |
| | | | | | | PHILADELPHIA | 79.40 | 485.35 | | | |
| | | | | | | PA SUI EE | 1.23 | 7.52 | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total: | | 192.00 | 2,050.96 | 1,144.00 | 12,537.31 | Total: | 453.06 | 3,229.05 | Total: | 126.43 | 126.43 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | |

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

ChildFirst Services Inc
7310 Tilghman Street Suite 300
Allentown, PA 18106

| CHECK DATE | CHECK NUMBER |
|---|---|
| 3/6/2020 | 56654 |

**PAY THIS AMOUNT**
******$1,471.47

PAY: One Thousand Four Hundred Seventy One and 47/100 Dollars ******

TO THE ORDER OF: **Mawiyah Bawa**
406 N. 53rd Street
Philadelphia, PA 19139

Authorized Signature

FIRST KEYSTONE NATIONAL BANK
BERWICK, PA 18603-0289

⑈000566654⑈ ⑈031307125⑈ 5000683376⑈

| Statement of Earnings For: | **Mawiyah Bawa** | | | | | | | | **ChildFirst Services Inc** |
|---|---|---|---|---|---|---|---|---|---|

| Employee #: | 10276 | Department | 81 | Period Begin: | 1/26/2020 | Check Date: | 2/21/2020 | 7310 Tilghman Street Suite 300 |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | | | Period End: | 2/8/2020 | Pay Type: | Hourly | Allentown, PA 18106 |
| SSN: | XXX-XX-9581 | Federal Filing: | Single | Exemptions: | 2 | Additional Tax: | | |
| Company Id: | HWA | State Filing: | | Exemptions: | | Additional Tax: | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 56567 | $1,872.58 | $2,534.75 | $1,872.58 | |

**EARNINGS** *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 8.2700 | 80.00 | 661.60 | 320.00 | 2,646.40 |
| Overtime @ Flat | 12.4050 | 151.00 | 1,873.15 | 632.00 | 7,839.95 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 157.15 | 650.15 |
| MED EE | 36.75 | 152.05 |
| FEDERAL WH | 290.80 | 1,239.62 |
| PA WH | 77.82 | 321.93 |
| PHILADELPHIA | 98.13 | 405.95 |
| PA SUI EE | 1.52 | 6.29 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| | | |

| Total: | | 231.00 | 2,534.75 | 952.00 | 10,486.35 |
|---|---|---|---|---|---|

| Total: | 662.17 | 2,775.99 |
|---|---|---|

| Total: | 0.00 | 0.00 |
|---|---|---|

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

ChildFirst Services Inc
7310 Tilghman Street Suite 300
Allentown, PA 18106

| CHECK DATE | CHECK NUMBER |
|---|---|
| 2/21/2020 | 56567 |

| CHECK AMOUNT |
|---|
| ******$1,872.58 |

10276 81
**Mawiyah Bawa**
406 N. 53rd Street
Philadelphia, PA 19139

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Mawiyah Bawa** | | | | | | ChildFirst Services Inc |
|---|---|---|---|---|---|---|---|

| Employee #: | 10276 | Department | 81 | Period Begin: | 1/12/2020 | Check Date: | 2/7/2020 | 7310 Tilghman Street Suite 300 |
| Clock Number: | | | | Period End: | 1/25/2020 | Pay Type: | Hourly | Allentown, PA 18106 |
| SSN: | XXX-XX-9581 | Federal Filing: | Single | Exemptions: | 2 | Additional Tax: | | |
| Company Id: | HWA | State Filing: | | Exemptions: | | Additional Tax: | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 56490 | $1,784.18 | $2,395.20 | $1,784.18 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 8.2700 | 80.00 | 661.60 | 240.00 | 1,984.80 | SOC SEC EE | 148.50 | 493.00 | | | |
| Overtime @ Flat | 12.4050 | 139.75 | 1,733.60 | 481.00 | 5,966.80 | MED EE | 34.73 | 115.30 | | | |
| | | | | | | FEDERAL WH | 260.10 | 948.82 | | | |
| | | | | | | PA WH | 73.53 | 244.11 | | | |
| | | | | | | PHILADELPHIA | 92.72 | 307.82 | | | |
| | | | | | | PA SUI EE | 1.44 | 4.77 | | | |
| Total: | | 219.75 | 2,395.20 | 721.00 | 7,951.60 | Total: | 611.02 | 2,113.82 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | |

ChildFirst Services Inc
7310 Tilghman Street Suite 300
Allentown, PA 18106

| CHECK DATE | CHECK NUMBER |
|---|---|
| 2/7/2020 | 56490 |

| CHECK AMOUNT |
|---|
| ******$1,784.18 |

10276 81
**Mawiyah Bawa**
406 N. 53rd Street
Philadelphia, PA 19139

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Mawiyah Bawa** | | | | | **ChildFirst Services Inc** |
|---|---|---|---|---|---|---|

| Employee #: | 10276 | Department | 81 | Period Begin: | 12/29/2019 | Check Date: | 1/24/2020 | 7310 Tilghman Street Suite 300 |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | | | Period End: | 1/11/2020 | Pay Type: | Hourly | Allentown, PA 18106 |
| SSN: | XXX-XX-9581 | Federal Filing: | Single | Exemptions: | 2 | Additional Tax: | | |
| Company Id: | HWA | State Filing: | | Exemptions: | | Additional Tax: | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 56421 | $1,880.43 | $2,547.16 | $1,880.43 | |

**EARNINGS** — *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 8.2700 | 80.00 | 661.60 | 160.00 | 1,323.20 |
| Overtime @ Flat | 12.4050 | 152.00 | 1,885.56 | 341.25 | 4,233.20 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 157.93 | 344.50 |
| MED EE | 36.94 | 80.57 |
| FEDERAL WH | 293.53 | 688.72 |
| PA WH | 78.20 | 170.58 |
| PHILADELPHIA | 98.61 | 215.10 |
| PA SUI EE | 1.52 | 3.33 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| | | |

| Total: | | 232.00 | 2,547.16 | 501.25 | 5,556.40 | Total: | 666.73 | 1,502.80 | Total: | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

ChildFirst Services Inc
7310 Tilghman Street Suite 300
Allentown, PA 18106

| CHECK DATE | CHECK NUMBER |
|---|---|
| 1/24/2020 | 56421 |

| CHECK AMOUNT |
|---|
| ******$1,880.43 |

10276 81
**Mawiyah Bawa**
406 N. 53rd Street
Philadelphia, PA 19139

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Mawiyah Bawa** | | | | | | **ChildFirst Services Inc** |
|---|---|---|---|---|---|---|---|

| Employee #: | 10276 | Department | 81 | Period Begin: | 12/15/2019 | Check Date: | 1/10/2020 | 7310 Tilghman Street Suite 300 |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | | | Period End: | 12/28/2019 | Pay Type: | Hourly | Allentown, PA 18106 |
| SSN: | XXX-XX-9581 | Federal Filing: | Single | Exemptions: | 2 | Additional Tax: | | |
| Company Id: | HWA | State Filing: | | Exemptions: | | Additional Tax: | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 56355 | $2,173.17 | $3,009.24 | $2,173.17 | |

**EARNINGS** — *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 8.2700 | 80.00 | 661.60 | 80.00 | 661.60 |
| Overtime @ Flat | 12.4050 | 189.25 | 2,347.64 | 189.25 | 2,347.64 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 186.57 | 186.57 |
| MED EE | 43.63 | 43.63 |
| FEDERAL WH | 395.19 | 395.19 |
| PA WH | 92.38 | 92.38 |
| PHILADELPHIA | 116.49 | 116.49 |
| PA SUI EE | 1.81 | 1.81 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|

| Total: | | 269.25 | 3,009.24 | 269.25 | 3,009.24 | **Total:** | 836.07 | 836.07 | **Total:** | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

ChildFirst Services Inc
7310 Tilghman Street Suite 300
Allentown, PA 18106

10276 81
**Mawiyah Bawa**
406 N. 53rd Street
Philadelphia, PA 19139



| CHECK DATE | CHECK NUMBER |
|---|---|
| 1/10/2020 | 56355 |

| CHECK AMOUNT |
|---|
| ******$2,173.17 |

**NOT NEGOTIABLE**