# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                         Chapter 13

                         Bankruptcy No. 20-11248-MDC

MAWIYAH  BAWA

406 N 53RD ST

PHILADELPHIA, PA 19139-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MAWIYAH  BAWA

406 N 53RD ST

PHILADELPHIA, PA 19139-

Counsel for debtor(s), by electronic notice only.

ANTHONY ARECHAVALA
1015 CHESTNUT ST
SUITE 400
PHILADELPHIA, PA 19107-

Date: 5/22/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee