UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Mawiyah Bawa                :    Chapter 13
                                    :
        Debtor(s)                   :    Case No. 20-11248-mdc

## ORDER TO ALLOW COUNSEL FEES

AND NOW, this  12th  day of  April , 2021, upon consideration of the foregoing Application and upon notice, opportunity for hearing and Certification of No Objection, counsel fees are allowed in the following amount:

Total counsel fees (exclusive of $310.00 filing fee): $2,490.00 ($1,300.00 in the Plan)

Total reimbursement of expenses in the amount of $0.00

The allowed compensation set forth above less $1,190.00 which was paid by the Debtor pre-petition is to be paid by the trustee to Anthony Arechavala, Esquire from available funds in the Debtor's estate.

BY THE COURT

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE