# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Mawiyah Bawa | : | Case No.: 20-11248-amc |
| | : | |
| Debtor | : | Hearing Date: 09/17/2024 @ 10:00 A.M. |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor, Mawiyah Bawa, has filed a Motion to Modify Plan after Confirmation.

    Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then fifteen days (15) prior to the hearing listed in paragraph 3 of this notice, you or your attorney must do the following:

    (a)    file an answer explaining your position at:

CLERK FOR THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
THE ROBERT NIX BUILDING
900 MARKET STREET
PHILADELPHIA, PA 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:

ANTHONY ARECHAVALA, ESQUIRE
1015 CHESTNUT STREET, SUITE 400
PHILADELPHIA, PA 19107
(215) 351-5418
Fax (215) 351-9094

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan, U.S. Bankruptcy Judge on September 17, 2024 at 10:00 A.M. in Courtroom #4, at the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: August 7, 2024

/s/ Anthony Arechavala, Esquire
Anthony Arechavala, Esquire
Attorney for Debtor