**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Mawiyah Bawa | : | |
| | : | CASE No.: 20-11248-amc |
| Debtor | : | |
| | : | |

**ORDER TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION**

    **AND NOW,** this _____ day of _____ 2024, upon consideration of Debtor's Motion to Modify Plan After Confirmation, it is hereby

    **ORDERED and DECREED,** that the Chapter 13 Plan dated October 1, 2024 is confirmed.

                                                                                              _____
                                                                                                              J.