UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Mawiyah Bawa | : | |
| | : | CASE No.: 20-11248-amc |
| Debtor | : | |
| | : | |

### ORDER TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION

**AND NOW,** this 1st day of November, 2024, upon consideration of Debtor's Motion to Modify Plan After Confirmation, it is hereby

**ORDERED and DECREED,** that the Chapter 13 Plan dated October 31, 2024 is confirmed.

_____ J.