Case 20-11248-amc   Doc 84   Filed 11/14/24   Entered 11/15/24 00:44:02   Desc Imaged
Certificate of Notice   Page 1 of 3

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 20-11248-amc
Mawiyah Bawa     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Nov 12, 2024     Form ID: 138OBJ     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mawiyah Bawa, 406 N 53rd Street, Philadelphia, PA 19139-1418 |
| 14475113 | | Eastern Revenue Inc, PO Box 777, Horsham, PA 19044-0777 |
| 14479971 | + | U.S. BANK NATIONAL ASSOCIATION,, Trustee for the PHFA, c/o Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000 Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 13 2024 03:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2024 03:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14475110 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 13 2024 03:49:15 | Caine Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 14523751 | | Email/Text: megan.harper@phila.gov | Nov 13 2024 03:49:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14475111 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 13 2024 03:49:00 | Department of Education/Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 14475112 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 13 2024 03:49:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 14475114 | | Email/Text: bankruptcydepartment@tsico.com | Nov 13 2024 03:49:00 | Eos Cca, PO Box 981008, Boston, MA 02298-1008 |
| 14475115 | ^ | MEBN | Nov 13 2024 03:47:06 | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14475116 | | Email/Text: blegal@phfa.org | Nov 13 2024 03:49:00 | PA Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14475117 | | Email/Text: blegal@phfa.org | Nov 13 2024 03:49:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14475118 | + | Email/Text: bankruptcy@sw-credit.com | Nov 13 2024 03:49:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14501623 | + | Email/Text: blegal@phfa.org | Nov 13 2024 03:49:00 | U.S. Bank National Association, et al, c/o Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 12

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2024 | Form ID: 138OBJ | Total Noticed: 15 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14475109 | | 2:20-bk-11248 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2024                             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY ARECHAVALA | on behalf of Debtor Mawiyah Bawa legaloptions@comcast.net arechavala.aliciab125293@notify.bestcase.com;arechavala.aliciab125293@notify-prod.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association  (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com   philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor U.S. Bank National Association  (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 83 − 76

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Mawiyah Bawa ) Case No. 20−11248−amc
   aka Mawiyah Bawa )
)
   Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 12, 2024             For The Court

                                                                          Timothy B. McGrath
                                                                          Clerk of Court